## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) Raed Z. Moutassam,<br>      Plaintiff,<br><br>vs.<br><br>(1) Oklahoma Department of Corrections, Michael Shelite, an individual;<br>(2) William Weldon, an individual;<br>(3) Curtis McPheeters, an individual;<br>(4) Carl Bear, an individual; and<br>(5) Michael Addison, an individual,<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. CIV-16-0068-HE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Plaintiff and defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Raed Z. Moutassam; defendants are Oklahoma Department of Corrections, Michael Shelite, William Weldon, Curtis McPheeters, Carl Bear, and Michael Addison.

2. On May 4, 2017, this Court granted summary judgment to all Defendants except for Defendant McPheeters related to FMLA interference.

3. Plaintiff moves to dismiss the suit.

4. Defendant agrees to the dismissal with the following conditions:

   a. Should this claim be refiled in any subsequent action, the discovery conducted in this matter shall be deemed binding, and discovery on this claim shall be deemed complete in the refiled action.

1

    b.    Upon any refiling of this claim, Plaintiff shall be required to pay Defendants' costs associated with their defense of this claim, pursuant to Fed. R. Civ. P. 41(d).

5. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

6. This dismissal is without prejudice.

Plaintiff respectfully requests this Court to dismiss this action without prejudice.

Respectfully submitted,

/s/   *Patricia Anne Podolec*
Patricia Anne Podolec, OBA # 21325
Greg H. Haubrich, OBA # 11854
Foshee & Yaffe
Post Office Box 890420
Oklahoma City, OK 73189
Telephone:   (405) 632-6668
Facsimile:   (405) 632-3036
Email: ppodolec@fosheeyaffe.com
Email: gregh@fosheeyaffe.com

/s/   *Kari Y. Hawkins*
Kari Y. Hawkins
John P. Cannon
Chase H. Woodley
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Section
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone: (405) 522-2930
Fax: (405) 521-4518
kari.hawkins@oag.ok.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2017, I electronically transmitted the attached document to the clerk of the court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the follow ECF registrants:

Kari Y. Hawkins
John P. Cannon
Chase H. Woodley
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Section
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone: (405) 522-2930
Fax: (405) 521-4518
kari.hawkins@oag.ok.gov
*Attorneys for Defendants*

/s/ Patricia Anne Podolec